**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO: 21-43356-399** |
| **JEFFREY DAVID MIDDLETON** | ) | **Chapter 13** |
| | ) | |
| | ) | **Re: Objection to Notice of Post-Petition** |
| | ) | **Mortgage Fees, Expenses and Charges** |
| | ) | |
| | ) | **Response Due: May 27, 2022** |
| **Debtor** | ) | |
| | ) | |

**TRUSTEE'S OBJECTION TO NOTICE OF POST-PETITION MORTGAGE FEES,**
**EXPENSES AND CHARGES AND NOTICE**

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE.  UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her Objection to the Notice of Post-Petition Fees, Expenses and Charges for Claim  states as follows:

The Notice of Post-Petition Fees, Expenses and Charges for Claim  filed by US BANK in the amount of $500.00 should be post-petition attorney fees exceed the normal rates for this district.  The Trustee seeks an order allowing the notice in the amount of $100.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

Dated: May 06, 2022

OBJNTCPPF--SJC

/s/ Diana S. Daugherty
_____
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on May 06, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on May 06, 2022.

JEFFREY DAVID MIDDLETON          JEFFREY DAVID MIDDLETON
533 KINGSTON DRIVE                        533 KINGSTON DRIVE
SAINT LOUIS, MO  63125                   SAINT LOUIS, MO  63125


/s/ Diana S. Daugherty
Diana S. Daugherty, Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO: 21-43356-399** |
| **JEFFREY DAVID MIDDLETON** | ) | **Chapter 13** |
| | ) | |
| | ) | **Re: Objection to Notice of Post-Petition** |
| | ) | **Mortgage Fees, Expenses and Charges** |
| | ) | |
| | ) | **Response Due: May 27, 2022** |
| **Debtor** | ) | |
| | ) | |

**TRUSTEE'S OBJECTION TO NOTICE OF POST-PETITION MORTGAGE FEES,**
**EXPENSES AND CHARGES AND NOTICE**

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her Objection to the Notice of Post-Petition Fees, Expenses and Charges for Claim states as follows:

The Notice of Post-Petition Fees, Expenses and Charges for Claim filed by US BANK in the amount of $500.00 should be post-petition attorney fees exceed the normal rates for this district. The Trustee seeks an order allowing the notice in the amount of $100.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

Dated: May 06, 2022

OBJNTCPPF--SJC

/s/ Diana S. Daugherty
_____
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100 Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on May 06, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on May 06, 2022.

JEFFREY DAVID MIDDLETON                    LAW OFFC NATALIE C PHILLIPS
533 KINGSTON DRIVE                         4243 REAVIS BARRACKS RD
SAINT LOUIS, MO  63125                     ST LOUIS, MO  63125


/s/ Diana S. Daugherty
Diana S. Daugherty, Chapter 13 Trustee

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO: 21-43356-399** |
| **JEFFREY DAVID MIDDLETON** | ) | **Chapter 13** |
| | ) | |
| | ) | **Re: Objection to Notice of Post-Petition** |
| | ) | **Mortgage Fees, Expenses and Charges** |
| | ) | |
| | ) | **Response Due: May 27, 2022** |
| **Debtor** | ) | |
| | ) | |

### TRUSTEE'S OBJECTION TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES AND NOTICE

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her Objection to the Notice of Post-Petition Fees, Expenses and Charges for Claim  states as follows:

The Notice of Post-Petition Fees, Expenses and Charges for Claim  filed by US BANK in the amount of $500.00 should be post-petition attorney fees exceed the normal rates for this district. The Trustee seeks an order allowing the notice in the amount of $100.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

Dated: May 06, 2022

OBJNTCPPF--SJC

/s/ Diana S. Daugherty
_____
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on May 06, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on May 06, 2022.

JEFFREY DAVID MIDDLETON                     LAW OFFC NATALIE C PHILLIPS
533 KINGSTON DRIVE                          4243 REAVIS BARRACKS RD
SAINT LOUIS, MO  63125                      ST LOUIS, MO  63125


/s/ Diana S. Daugherty
Diana S. Daugherty, Chapter 13 Trustee