UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 21-43356-399 |
| JEFFREY DAVID MIDDLETON ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Notice of Post-Petition |
| ) | Mortgage Fees, Expenses and Charges |
| ) | |
| ) | Response Due: June 17, 2022 |
| **Debtor** ) | |
| ) | |

**TRUSTEE'S OBJECTION TO NOTICE OF POST-PETITION MORTGAGE FEES,
EXPENSES AND CHARGES AND NOTICE**

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her Objection to the Notice of Post-Petition Fees, Expenses and Charges for Claim 10 states as follows:

The Notice of Post-Petition Fees, Expenses and Charges for Claim 10 filed by US BANK in the amount of $500.00 should be denied as filed because the post-petition attorney fees exceed the normal rates for this district. The Proof Of Claim Fees and Plan Review Fees dated 11/10/2021 have been previously submitted in Document #14. The Trustee seeks an order allowing the notice in the amount of $100 for filing the post petition fee notice.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

| Dated: May 27, 2022 | /s/ Diana S. Daugherty |
|---|---|
| | Diana S. Daugherty |
| OBJNTCPPF--SJC | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on May 27, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on May 27, 2022.

JEFFREY DAVID MIDDLETON
533 KINGSTON DRIVE
SAINT LOUIS, MO  63125

US BANK TRUST NA TRUSTEE
323 5TH ST
C/O SN SERVICING CORP
EUREKA, CA  95501-0305

LAW OFFC OF MICHELLE GHIDOTTI
1920 OLD TUSTIN AVE
SANTA ANA, CA  92705

/s/ Diana S. Daugherty
Diana S. Daugherty, Chapter 13 Trustee