UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 21-43356-399 |
| JEFFREY DAVID MIDDLETON ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Notice of Post-Petition |
| ) | Mortgage Fees, Expenses, and Charges |
| ) | |
| ) | OBJ: 05/27/2022 |
| Debtor ) | |

### CERTIFICATION OF NO RESPONSE

The undersigned certifies that all entities entitled to notice of Trustee's Objection to the Notice of Post-petition Mortgage Fees, Expenses, and Charges in accordance with Local Bankruptcy Rules have been served with the foregoing objection and the time for response has passed. No responses in opposition have been filed or any responses in opposition have been resolved. Trustee requests the Court enter the attached Order.

ORDOBJPPM--SJC

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### ORDER

The Trustee's Objection to the Notice of Post-petition Mortgage Fees, Expenses, and Charges, filed by or on the behalf of US BANK TRUST NA TRUSTEE, for good cause shown, it is accordingly

**ORDERED** that the Chapter 13 Trustee's Objection is **SUSTAINED**. The Notice of Post-Petition Mortgage Fees, Expenses, and Charges for Claim No. 10 of **US BANK TRUST NA TRUSTEE** is **GRANTED** in that the Itemized Post-Petition Fees, Expenses, and Charges as stated in the Notice of Post-Petition Fees, Expenses, and Charges for Claim No. 10 are **allowed in the amount of $100.**

**DATED: June 29, 2022**
**St. Louis, Missouri**

Barry S. Schermer
**Barry S. Schermer**
**United States Bankruptcy Judge**

Copy mailed to:

JEFFREY DAVID MIDDLETON
533 KINGSTON DRIVE
SAINT LOUIS, MO  63125

LAW OFFC NATALIE C PHILLIPS
4243 REAVIS BARRACKS RD
ST LOUIS, MO  63125

LAW OFFC OF MICHELLE GHIDOTTI
1920 OLD TUSTIN AVE
SANTA ANA, CA  92705

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

US BANK TRUST NA TRUSTEE
323 5TH ST
C/O SN SERVICING CORP
EUREKA, CA  95501-0305